DAVID L. MILLIGAN (State Bar No. 192184)
LAW OFFICES OF DAVID L. MILLIGAN, APC
1265 West Shaw Avenue, Suite 100
Fresno, CA  93711
Telephone: (559) 439-7500
Facsimile: (559) 439-7550
Email:      lawyer@callegal.com

Attorney for Plaintiff
JOHN TUCKER

CYNTHIA L. MELLEMA (State Bar No. 122798)
JEFFRY BUTLER (State Bar No. 180936)
MEGAN L. BARKER (State Bar No. 245991)
SONNENSCHEIN NATH & ROSENTHAL LLP
2121 N California Blvd., Suite 800
Walnut Creek, CA  94596
Telephone: (925) 949-2600
Facsimile:  (925) 949-2610
Email:      cmellema@sonnenschein.com
            jbutler@sonnenschein.com
            mbarker@sonnenschein.com

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JOHN TUCKER,<br><br>    Plaintiff,<br><br>vs.<br><br>ALLSTATE INDEMNITY COMPANY<br>and DOES 1 through 50, inclusive,<br><br>    Defendants. | No. 1:09-cv-01348 LJO (DLB)<br><br>STIPULATION AND ORDER TO ADD AN AFFIRMATIVE DEFENSE TO DEFENDANT ALLSTATE INDEMNITY COMPANY'S ANSWER |
|---|---|

1  IT IS HEREBY STIPULATED by and between John Tucker and Allstate Indemnity
2  Company, by and through their respective attorneys of record, that Allstate may amend its
3  answer in this case to include a thirty-sixth affirmative defense for "advice of counsel," which
4  reads as follows:

> The Complaint, and each purported cause of action in the Complaint, is barred because Allstate relied on the advice of its legal counsel, McCormick Barstow LLP.

Dated: May 13, 2010            Respectfully Submitted,

LAW OFFICES OF DAVID L. MILLIGAN, APC


By_____ */s/ David L. Milligan* _____
        DAVID L. MILLIGAN

Attorneys for Plaintiff
JOHN TUCKER

Dated: May 13, 2010            SONNENSCHEIN NATH & ROSENTHAL LLP


By_____ */s/ Jeffry Butler* _____
        JEFFRY BUTLER

Attorneys for Defendant
ALLSTATE INDEMNITY COMPANY


IT IS SO ORDERED.

Dated:   **May 14, 2010**            /s/ Dennis L. Beck
                                    UNITED STATES MAGISTRATE JUDGE

No. 1:09-cv-01348 LJO (DLB)        - 1 -           STIPULATION TO ADD AN AFFIRMATIVE DEFENSE