IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TUCKER, | CASE NO. CV-F-09-1348 LJO DLB |
| Plaintiff, | **ORDER ON CROSS-SUMMARY JUDGMENT MOTION BRIEFING SCHEDULE** (Docs. 22, 23) |
| vs. | |
| ALLSTATE INDEMNITY COMPANY, | |
| Defendant. | |

The parties have filed cross-summary judgment motions on September 29, 2010. Plaintiff John Tucker set his motion to be heard on October 28, 2010. Defendant Allstate Indemnity Company set its motion to be heard on November 1, 2010. For good cause appear, this Court sets the following briefing schedule for BOTH pending summary judgment motions (Docs. 22, 23):

1. The parties shall file and serve oppositions no later than **October 14, 2010**;

2. The parties shall file and serve replies no later than **October 19, 2010**;

3. The Court VACATES the October 28, 2010 hearing;

4. The Court VACATES the November 1, 2010 hearing; and

5. Once the Court has read and reviewed the parties' papers, the Court will determine whether a hearing on these motions is necessary. If a hearing is necessary, the Court will set a hearing after the papers have been received and reviewed.

IT IS SO ORDERED.

Dated: October 8, 2010                    /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE

1