# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN TUCKER, | CASE NO. CV F 09-1348 LJO DLB |
| Plaintiff, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 40.) |
| ALLSTATE INDEMNITY CO., et al., | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action;
2. VACATES all pending matters, including the March 14, 2011 trial; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   February 25, 2011**                /s/ Lawrence J. O'Neill
                                                              UNITED STATES DISTRICT JUDGE